UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>        Plaintiff, )<br>                    )<br>   v.                       )  Civil Action No.04-12185-RGS<br>                    )<br>$10,550.00 IN U.S. CURRENCY, )<br>        Defendant. ) | |

**MOTION FOR FINAL JUDGMENT AND ORDER OF FORFEITURE**

The United States of America, by its attorney Michael J. Sullivan, United States Attorney for the District of Massachusetts, hereby moves for entry of a Final Judgment and Order of Forfeiture, forfeiting the defendant currency, identified as $10,550.00 in United States currency, seized from Sonia Amarilis Romero Romero, a/k/a Arquidia Maria Castillo, on April 28, 2004, at Logan International Airport, Boston, Massachusetts (the "Defendant Currency").

In support of this Motion, the Government states that on or about February 15, 2005, it filed a Motion for Entry of Default against the claimants in this action, and on March 7, 2005, this Court entered a Notice of Default, a copy of which is attached hereto as Exhibit A.  The Notice was entered against Raquel Arias, and all other persons claiming an interest in the Defendant Currency, for their failure to answer or otherwise defend in this action.  No other claims have been filed, and the time to do so has expired.

WHEREFORE, the United States of America requests that this

Court enter a Final Judgment and Order of Forfeiture, forfeiting the Defendant Currency.  A proposed Order is attached.

                                    Respectfully submitted,

                                    UNITED STATES OF AMERICA
                                    By its attorneys,

                                    MICHAEL J. SULLIVAN
                                    United States Attorney


                            By:  /s/Jennifer H. Zacks
                                    Jennifer H. Zacks
                                    Assistant U.S. Attorney
                                    1 Courthouse Way
                                    Suite 9200
                                    Boston, MA  02210
                                    (617) 748-3100

Dated: March 21, 2005

N:\LTalbot\Zacks\$10,550 in U.S. Currency\Motion for Final Judgment & Order of Forfeiture.wpd