```
                    UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA,    )
          Plaintiff,         )
                             )
     v.                      ) Civil Action No.04-12185-RGS
                             )
$10,550.00 IN U.S. CURRENCY, )
          Defendant.         )
```

**FINAL JUDGMENT AND ORDER OF FORFEITURE**

This Court having allowed plaintiff's Motion for Entry of Default and having issued a Notice of Default, it is hereby

ORDERED, ADJUDGED and DECREED:

1. That judgment be and hereby is entered in favor of the plaintiff, the United States of America;

2. That the defendant currency, identified as $10,550.00 in United States currency, seized from Sonia Amarilis Romero Romero, a/k/a Arquidia Maria Castillo, on April 28, 2004, at Logan International Airport, Boston, Massachusetts (the "Defendant Currency"), is hereby forfeited to the United States of America pursuant to Title 31, United States Code, Section 5332(c), and Title 21, United States Code, Section 881(a)(6);

3. That any claim of interest of Raquel Arias, and any other parties claiming any right, title, or interest in or to the Defendant Currency, is hereby held in default and dismissed, having been defaulted on March 7, 2005;

4. That the United States Marshals Service shall retain the Defendant Currency in its secure custody and control, and shall

dispose of it in accordance with law;

    5.   That this Court shall retain jurisdiction in this case solely for the purpose of enforcing the terms of this judgment; otherwise, this Order shall be, and hereby is, the full and final disposition of this civil forfeiture action.

APPROVED AND SO ORDERED:

_____
RICHARD G. STEARNS
United States District Judge

Date:

N:\LTalbot\Zacks\$10,550 in U.S. Currency\Final Judgment & Order of Forfeiture.wpd